

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 8, 2025

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Shehnaz Singh* et al., 25 Cr. 68 (ER)

Dear Judge Ramos:

    The Government writes on behalf of all parties to jointly request an adjournment of the status conference currently scheduled for Thursday, July 10, 2025. The Government has made rolling productions of Rule 16 materials on or about April 10 and May 27, 2025, and expects to produce an additional significant volume of electronic discovery materials to the defendants by early next week. The parties have conferred and agree that it would be productive to adjourn the forthcoming status conference to permit the continued production and review of discovery materials. Accordingly, the Government respectfully requests that the Court adjourn the July 10, 2025 status conference to the week of September 8, 2025, excluding the afternoon of Monday, September 8.

    Should the Court grant this adjournment request, the Government also moves—with all parties' consent—to exclude time under the Speedy Trial Act through the date of the rescheduled status conference. This exclusion would permit the parties to continue to produce and review discovery and to discuss potential pretrial dispositions, and the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
William C. Kinder
Justin Horton
Assistant United States Attorney
(212) 637-2394 / -2276

---

The status conference is adjourned to September 10, 2025, at 11:30 a.m. As to all the defendants, speedy trial time is excluded from July 10, 2025, until September 10, 2025, in the interest of justice.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 7/8/2025
New York, New York