**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 30, 2026

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
40 Foley Square
New York, NY

**MEMO ENDORSED**

25 Cr. 68-2 (ER)

**Re: *United States v. Amritpal Singh, a/k/a "Amrit," a/k/a "Bal,"* ~~25 Cr. 530~~ (ER)**

Dear Judge Ramos:

The Court has scheduled a change-of-plea conference for defendant Amritpal Singh, a/k/a "Amrit," a/k/a "Bal," on November 4, 2026 at 11:30 a.m. (Dkt. 48.) As discussed with Chambers, the parties respectfully request that the Court reschedule the conference to November 4, 2026 at 3:30 p.m.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Kevin Grossinger
William C. Kinder
Justin Horton
Assistant United States Attorneys
(212) 637-2426 / -2394 / -2276

cc: Counsel of Record

The change of plea hearing is rescheduled for 3:30 p.m. on November 4, 2026.

SO ORDERED.

______________________
Edgardo Ramos, U.S.D.J.
Dated: 10/30/2026
New York, New York